

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| MARY ELISA WISE, | § | No. 08-16-00201-CR |
| Appellant, | § | Appeal from |
| | § | |
| v. | § | 264th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Bell County, Texas |
| | § | |
| Appellee. | § | (TC # 67134) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Mary Elisa Wise appeals from a judgment adjudicating her guilty of sexual assault. Appellant entered a plea of true to the State's motion to adjudicate guilt, and the trial court found the allegations true, granted the State's motion, and adjudicated Appellant guilty of sexual assault. The trial court assessed Appellant's punishment at imprisonment for a term of eight years. In its certification of the right to appeal, the trial court certified that Appellant had waived her right to appeal. *See* TEX.R.APP.P. 25.2(a)(2). The record supports the trial court's certification that Appellant waived her right to appeal. Accordingly, we dismiss the appeal. *See* TEX.R.APP.P. 25.2(d).

January 4, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating

(Do Not Publish)